IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN ARTHUR WEITHERS, | : | Civil No. 3:19-cv-1696 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN, YORK COUNTY PRISON, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 22nd day of April, 2020, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date,

**IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

    *s/ Robert D. Mariani*
    Robert D. Mariani
    United States District Judge